```
BRYAN SCOTT KENNEDY          COPELAND COOK TAYLOR         MS DEPT OF REVENUE
132 HUMMINGBIRD RD           PO BOX 6020                  BANKRUPTCY SECTION
MAGEE, MS 39111              RIDGELAND, MS 39158          PO BOX 22808
                                                          JACKSON, MS 39225-2808


THOMAS C. ROLLINS, JR.       CREDIT ONE                   NAVIENT
THE ROLLINS LAW FIRM, PLLC   PO BOX 98872                 P.O. BOX 740351
774 AVERY BLVD N             LAS VEGAS, NV 89193          ATLANTA, GA 30374-0351
RIDGELAND, MS 39157


ALLTRAN FINANCIAL            FINANCIAL RECOVERY SER       PORTFOLIO RECOVERY
P.O. BOX 610                 PO BOX 385908                PO BOX 12914
SAUK RAPIDS, MN 56379        MINNEAPOLIS, MN 55438        NORFOLK, VA 23541


AMERICAN EXPRESS             FRANKLIN FINANCIAL           PRIORITY ONE BANK
P.O. BOX 981537              4820 POPLAR SPRINGS DR       PO BOX 516
EL PASO, TX 79998            MERIDIAN, MS 39305           MAGEE, MS 39111


BANK PLUS                    INTERNAL REVENUE SERVI       RADIUS GLOBAL SOLUTION
1068 HIGHLAND COLONY P       CENTRALIZED INSOLVENCY       PO BOX 390846
RIDGELAND, MS 39157          P.O. BOX 7346                MINNEAPOLIS, MN 55439
                             PHILADELPHIA, PA 19101-7346


BENNY KIMBERLY               INTERNAL REVENUE SERVI       SARAH H FLETCHER
2 SWEET OLIVE LANE           C/O US ATTORNEY              1606 HWY 469
COVINGTON, LA 70435-5000     501 EAST COURT ST            FLORENCE, MS 39073
                             STE 4.430
                             JACKSON, MS 39201


CAPITAL ONE                  MERRICK BANK                 SARAH KENNEDY
P.O. BOX 60599               P.O. BOX 9201                132 HUMMINGBIRD RD
CITY OF INDUS, CA 91716-0599 OLD BETHPAGE, NY 11804       MAGEE, MS 39111


CARSON SMITHFIELD            MITCHELL MCNUTT & SAMS       US ATTORNEY GENERAL
P.O. BOX 9216                PO BOX 466                   US DEPT OF JUSTICE
OLD BETHPAGE, NY 11804       TUPELO, MS 38802             950 PENNSYLVANIA AVENW
                                                          WASHINGTON, DC 20530-00


COMMUNITY BANK               MITCHELL, MCNUTT & SAM       WEBBANK
P.O. BOX 182125              PO BOX 466                   215 S STATE ST
COLUMBUS, OH 43218           TUPELO, MS 38802             STE 1000
                                                          SALT LAKE CIT, UT 84111
```